# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **TERRY LEGGETT,** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 1:21-CV-789-SH |
| | § | |
| **MAC HAIK FORD, LTD d/b/a AUSTIN** | § | |
| **MAC HAIK FORD LINCOLN** | § | |
| **MERCURY and DUANE HARRIS,** | § | |
| *Defendants* | § | |

## ORDER

The parties have failed to fully comply with the Court's Third Amended Scheduling Order, issued February 13, 2023 (Dkt. 33). The Court hereby **ORDERS** the parties to file the following **JOINT** Pretrial Submissions by **Monday, May 22, 2023:**

### Pretrial Submissions

(1) A joint statement of the parties' claims and defenses to be used by the court in conducting voir dire. The statement shall be no longer than one-half page with type double-spaced.

(2) A list of stipulated facts.

(3) Proposed jury instructions and verdict forms. The parties are **ORDERED** to meet and confer and submit a joint proposed set of jury instructions. Any jury instructions to which both parties do not agree must be submitted separately with appropriate citations to the law supporting those instructions. **Joint jury instructions shall be submitted in complete format as they would appear when submitted to the jury**.

The Court reminds the parties that it may impose sanctions under Rule 16(f) if the parties again fail to make timely submissions as ordered.

**SIGNED** on May 18, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE