# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **TERRY LEGGETT,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:21-CV-789-SH** |
| | § | |
| **MAC HAIK FORD, LTD d/b/a AUSTIN** | § | |
| **MAC HAIK FORD LINCOLN** | § | |
| **MERCURY and DUANE HARRIS,** | § | |
| *Defendants* | | |

## FINAL JUDGMENT

On this date, the Court dismissed with prejudice Plaintiff Terry Leggett's claims against Defendants Mac Haik Ford, Ltd. d/b/a Austin Mac Haik Ford Lincoln Mercury and Duane Harris. As no issues remain to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58. The Court **FURTHER ORDERS** that each party bear its own costs, all settings are **CANCELED**, and this case is **CLOSED**.

**SIGNED** on July 19, 2024.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE